IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BH FLOW TESTING, INC., and CONTINENTAL RESOURCES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHLAND CASUALTY CO., <br><br> Defendant. | CV 20-21-BLG-SPW-TJC <br><br> ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 59), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of January, 2022.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1